NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENISE BATTLES, DOC #R62614,      )
                                  )
    Appellant,                )
                                  )
v.                                )        Case No. 2D17-3929
                                  )
STATE OF FLORIDA,                 )
                                  )
    Appellee.                 )
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

PER CURIAM.

    Affirmed.

CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.